**Appeal No. 2019AP161**

**STATE OF WISCONSIN**

Cir. Ct. No. 2018SC7110

**IN COURT OF APPEALS**

**DISTRICT IV**

---

ASHLEY M. HINRICHS,

 PLAINTIFF-RESPONDENT,

 V.

GREG GRISWOLD,

 DEFENDANT-APPELLANT.

**FILED**

**December 9, 2019**

Sheila T. Reiff
Clerk of Court of Appeals

---

## ERRATA SHEET

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI 53701-1688

Court of Appeals District I
330 East Kilbourn Avenue, Suite 1020
Milwaukee, Wisconsin 53202-3161

Court of Appeals District II
2727 N. Grandview Blvd.
Waukesha, WI 53188-1672

Court of Appeals District III
2100 Stewart Ave., Suite 310
Wausau, WI 54401

Court of Appeals District IV
Ten East Doty Street, Suite 700
Madison, WI 53703

Jenny Andrews, Sarah Motiff
Court of Appeals
Ten East Doty Street, Suite 700
Madison, WI 53703

Hon. Peter Anderson
Circuit Court Judge
Br. 17, Rm. 6103
215 S. Hamilton St.
Madison, WI 53703

Greg Griswold
637 West Pine Road
Muscoda, WI 53573

Ashley M. Hinrichs
7458 Wayside Rd.
Middleton, WI 53562

PLEASE TAKE NOTICE that corrections were made to paragraphs 3, 7 and 11 in the above-captioned opinion which was released on November 7, 2019. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.